Gabriel A. ANTONIO, Petitioner—Appellant,

v.

James MOORE, Detective; Lisa Zandel, Magistrate, Respondents—Appellees.

No. 04–6226.

United States Court of Appeals, Fourth Circuit.

Submitted: May 7, 2004.

Decided: June 2, 2004.

Gabriel A. Antonio, Appellant pro se.

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM:

Gabriel A. Antonio appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court.* *See Antonio v. Moore*, No. CA–04–33–AM (E.D. Va. filed Jan. 20, 2004; entered Jan. 21, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

Patricia S. Chafin appeals the district court's order granting summary judgment in favor of State Farm Fire and Casualty Company. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Chafin v. State Farm Fire and Casualty Co.*, No. CA–03–153–2 (S.D.W.Va. Nov. 20, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

---

* We note, as did the district court, that Antonio may pursue his grievances under 28 U.S.C. § 2254 (2000) after exhausting his state court remedies.